**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-8026**

─────────────

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

        versus

TORRANCE JONES, a/k/a Tube,

                            Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CR-96-79-BO, CA-00-728-5-BO)

─────────────

Submitted:  April 19, 2002          Decided:  May 29, 2002

─────────────

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Torrance Jones, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Torrance Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jones, Nos. CR-96-79-BO; CA-00-728-5-BO (E.D.N.C. Sept. 18, 2001). We deny Jones' suggestion that this Court should stay its ruling in this case pending the outcome of certain state proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED